UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re NYSE SPECIALISTS SECURITIES LITIGATION

Master File No. 03-CV-8264 (RWS)

This Document Relates To:

ALL ACTIONS

[PROPOSED] FIFTH AMENDED JOINT SCHEDULING ORDER

------------------------------------x

## ORDER

**Sweet, D.J.,**

It is hereby ordered that the deadlines and schedule set forth in the Court's Order dated October 11, 2011 are hereby adjourned without date in light of the fact that the parties in the above captioned action have entered into a Memorandum of Understanding that contemplates the submission of a Stipulation of Settlement for approval by the Court that will resolve this action.

It is so ordered.

New York, New York

/ 3 c , 2012

ROBERT W. SWEET
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-31-12